UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDIE GRAHAM,

        Plaintiff,

v.

WAL-MART STORES EAST, LP,

        Defendant.

Case No.   16-cv-14370-GAD-APP

Hon. Gershwin A. Drain
Magistrate Anthony P. Patti

_____

| | |
|---|---|
| MARK D. FOREMAN (P38616)<br>RAVID AND ASSOCIATES, P.C.<br>Attorneys for Plaintiff<br>23855 Northwestern Highway<br>Southfield, MI  48075<br>(248) 948-9696, ext. 143<br>m-foreman@michiganpersonalinjury.com | NICOLE M. WRIGHT (P63513)<br>DANIEL J. MCCARTHY (P26882)<br>ZAUSMER AUGUST & CALDWELL P.C.<br>Attorneys for Defendant<br>32255 Northwestern Hwy – Ste. #225<br>Farmington Hills, MI  48334<br>(248) 851-4111  Fax: (248) 851-0100<br>nwright@zacfirm.com<br>dmccarthy@zacfirm.com |

### STIPULATED ORDER FOR DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS

      This matter having come before this Honorable Court pursuant to the stipulation of the parties; and the Court being otherwise fully advised in the premises;

{01398726}

**IT IS HEREBY ORDERED** that the within cause of action be, and hereby is, dismissed as to Defendant WAL-MART STORES EAST, LP with prejudice and without costs to any party for the reason that the parties have agreed to binding arbitration.

This Order resolves the last pending claim and closes the case.

/s/Gershwin A Drain
U.S. DISTRICT COURT JUDGE

Approved as to form and substance:

*Mark D. Foreman* *
MARK D. FOREMAN (P38616)
Attorney for Plaintiff
         * *with permission 01/02/2018*

*Daniel J. McCarthy*
DANIEL J. MCCARTHY (P26882)
Attorney for Defendant